# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–21734–lbr</u>
Chapter 7

In re: (Name of Debtor)
   MARIO VALDEZ
   7800 MEADOWROBIN AVE.
   LAS VEGAS, NV 89131–4742

   NUVIA MONTOYA–VALDEZ
   aka NUVIA VALDEZ
   fka  NUVIA MONTOYA
   7800 MEADOWROBIN AVE.
   LAS VEGAS, NV 89131–4742

Social Security No.:
   xxx–xx–0952

   xxx–xx–4697

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    MARIO VALDEZ

☐    NUVIA MONTOYA–VALDEZ

IT IS ORDERED THAT VICTORIA NELSON is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/31/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court